Tita S. Ngalam, Petitioner-Landlord-Appellant, 
against
Ercia Martinez, Respondent-Tenant-Respondent.



Tenant appeals from (1) an order of the Civil Court of the City of New York, Bronx County (Paul L. Alpert, J.), entered January 6, 2016, which denied her motion to vacate a stipulation of settlement in a commercial nonpayment summary proceeding and (2) an order of the same court (Verna L. Saunders, J.), entered March 7, 2016, which denied her motion to vacate the final judgment entered pursuant to the stipulation and to restore the case to the calendar.




Per Curiam.
Appeals from order (Paul L. Alpert, J.), entered January 6, 2016 and order (Verna L. Saunders, J.), entered March 7, 2016, dismissed, without costs, as moot.
These appeals have been rendered moot because tenant-appellant was evicted from the subject premises during the pendency of the appeal after failing to comply with the terms of the stay order issued by this Court (see Coleman v Ceraolo, 26 Misc 3d 131[A], 2010 NY Slip Op 50057[U] [App Term, 1st Dept 2010]; Mount Carmel Assoc., L.P. v Jones, 25 Misc 3d 131[A], 2009 NY Slip Op 52131[U] [App Term, 1st Dept 2009]). The circumstances present do not warrant addressing the issues raised under an exception to the mootness doctrine (see Matter of Hearst Corp. v Clyne, 50 NY2d 707, 714-715 [1980]). 
Were we to reach the merits, we would affirm the denial of tenant's motions, inasmuch as she failed to demonstrate legal cause to vacate the stipulation settling the underlying commercial nonpayment proceeding (see Hallock v State of New York, 64 NY2d 224, 230 [1984]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 13, 2016